UNITED STATES DISTRICT COURT                    **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-6485-DMG (KSx)** | Date | October 11, 2022 |
|---|---|---|---|

| Title | *Theresa Brooke v. SVI LAX LLC* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, indicating that the case has settled in its entirety, this action is placed in inactive status.  By November 3, 2022, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of November 4, 2022.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Order to Show Cause dated September 22, 2022 is discharged.  [Doc. # 11.]  All scheduled dates and deadlines are hereby VACATED.

IT IS SO ORDERED.